Joshua Briones (SBN 205293)
jbriones@mintz.com
E. Crystal Lopez (SBN 296297)
eclopez@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:  (310) 586-3200
Facsimile:  (310) 586-3202

Attorneys for Defendant
SONESTA INTERNATIONAL HOTELS CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ,<br><br>                        Plaintiff,<br><br>     vs.<br><br>SONESTA INTERNATIONAL HOTELS CORPORATION,<br><br>                        Defendants. | Case No. 2:22-CV-00869-KJM-KJN<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Case Assigned to Honorable Kimberly J. Mueller<br><br>Complaint Filed:   May 20, 2022<br>Trial Date:            None |

Pursuant to the parties' Second Stipulation to Extend Time for Defendant to Respond to Plaintiff's Complaint, **IT IS HEREBY ORDERED** that defendant Sonesta International Hotels Corporation shall have an extension of time to file a response to plaintiff's complaint until and including August 15, 2022.

**IT IS SO ORDERED.**

DATED:  July 20, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE